# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-06-00302-CR

**Terry Lynell Shaftner, Appellant**

**v.**

**The State of Texas, Appellee**

## FROM THE DISTRICT COURT OF WILLIAMSON COUNTY, 277TH JUDICIAL DISTRICT NO. 03-624-K277, HONORABLE KEN ANDERSON, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

On April 20, 2006, the trial court revoked appellant's community supervision and imposed sentence. Appellant timely filed both a motion for new trial and a notice of appeal. On May 22, the trial court signed an order granting the motion for new trial.

The appeal is dismissed.

_____

David Puryear, Justice

Before Justices B. A. Smith, Puryear and Waldrop

Dismissed for Want of Jurisdiction

Filed:   June 14, 2006

Do Not Publish